IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PENNY RIALS**                                                   **PLAINTIFF**

**V.**                              **5:08CV00298 JMM**

**MONTICELLO HEALTH CARE CENTER**             **DEFENDANT**

**ORDER**

The Clerk is directed to forward a copy of the Court's Order dated April 20, 2009 to the Plaintiff and add the Plaintiff's address to the docket, as follows:

Penny Rials
118 Ashley 157
Hamburg, AR 71646

IT IS SO ORDERED this 20th day of April 2009.

_____
James M. Moody United States
District Judge