IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PENNY RIALS**                                                                **PLAINTIFF**

V.                               5:08CV00298 JMM

**MONTICELLO HEALTH CARE CENTER**                   **DEFENDANT**

**ORDER**

Pending is the motion of Perennial Health Care Holdings, LLC, Perennial Health Care Management, LLC, and Monticello Health Care Center, LLC to stay the briefing schedule in this case for twenty-one (21) days so that the parties may attempt to resolve the matter. For good cause shown, the motion (Docket # 61) is GRANTED. The deadline for filing a responsive brief on the administrative record is extended until August 23, 2010.

IT IS SO ORDERED this 9th day of August 2010.

James M. Moody
United States District Judge