IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PENNY RIALS                                                                                          PLAINTIFF

VS.                                         CASE NO. 5:08CV298JMM

MONTICELLO HEALTH CARE CENTER, LLC;
PERENNIAL HEALTH CARE HOLDINGS, LLC;
PERENNIAL HEALTH CARE MANAGEMENT, LLC;
BOSTON MUTUAL LIFE INSURANCE COMPANY;
UNUM GROUP;
JOHN DOE BENEFIT PLAN;
JOHN DOE BENEFIT PLAN ADMINISTRATOR;
JOHN DOE CORPORATIONS #1 THROUGH #20;
AND JANE OR JOHN DOES #1 THROUGH #20                              DEFENDANTS

## ORDER OF DISMISSAL OF SEPARATE DEFENDANT UNUM GROUP

Upon joint motion of the Plaintiff and Unum Group, this case is hereby dismissed with prejudice as to Separate Defendant Unum Group. Plaintiff and Unum Group are each to bear their own costs and attorneys' fees.

IT IS SO ORDERED this 20th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Staci Dumas Carson                                       /s/ Gena H. Gregory
Staci Dumas Carson (2003158)                         Gena H. Gregory (90105)
Attorney for Separate                                         Attorney for Plaintiff
Defendant Unum Group                                     Gregory & LaRue, PLLC
Watts, Donovan & Tilley, P.A.                          2800 Cantrell Rd., Ste. 202
200 S. Commerce St., Ste. 200                         Little Rock, AR  72202
Little Rock, AR  72201-1769                             (501) 707-0464
(501) 372-1406