IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PENNY RIALS**

**PLAINTIFF**

**V.     CASE NO. 5:08-CV-0298-JMM**

**MONTICELLO HEALTH CARE
  CENTER, LLC., *et al.*     DEFENDANTS**

### ORDER OF DISMISSAL AS TO SEPARATE DEFENDANTS MONTICELLO HEALTH CARE CENTER, LLC, PERENNIAL HEALTHCARE HOLDINGS, LLC AND PERENNIAL HEALTHCARE MANAGEMENT, LLC

Upon Joint Stipulation of the Plaintiff, Penny Rials, and Separate Defendants Monticello Health Care Center, LLC, Perennial Healthcare Holdings, LLC, Perennial Healthcare Management, LLC, this case is hereby dismissed with prejudice as to Separate Defendants Monticello Health Care Center, LLC, Perennial Healthcare Holdings, LLC, Perennial Healthcare Management, LLC.  Plaintiff and Separate Defendants will each bear their own attorneys' fees and costs.

IT IS SO ORDERED this 21st day of September, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED:

| /s/ Gena H. Gregory | /s/Troy A. Price |
|---|---|
| GREGORY & LARUE, PLLC | WRIGHT, LINDSEY & JENNINGS, LLP |
| 2800 Cantrell Road, Suite 202 | 200 W. Capital, Suite 2300 |
| Little Rock, Arkansas 72202 | Little Rock, Arkansas 72201 |
| Phone: (501)707-0466 | Phone: (501)371-0808 |
| ggregory@gregorylarue.com | tprice@wlj.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |