# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PENNY RIALS**                                                                 **PLAINTIFF**

**V.**                          **CASE NO. 5:08-CV-0298-JMM**

**MONTICELLO HEALTH CARE**
  **CENTER, LLC.,** *et al.*                                          **DEFENDANTS**

## ORDER OF DISMISSAL OF SEPARATE DEFENDANT
## BOSTON MUTUAL LIFE INSURANCE COMPANY

Upon joint stipulation of the Plaintiff and Boston Mutual Life Insurance Company,

this case is hereby dismissed with prejudice as to Separate Defendant Boston Mutual Life

Insurance Company.  Plaintiff and Boston Mutual Life Insurance Company are each to

bear their own costs and attorneys' fees.

IT IS SO ORDERED this 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Leigh Anne Yeargan                     /s/ Gena H. Gregory
Leigh Anne Yeargan                         Gena H. Gregory
Bar I.D. No. 93106                         Bar I.D. No. 90105
Mitchell, Williams, Selig, Gates           Gregory & LaRue, PLLC
  & Woodyard, P.L.L.C.                    2800 Cantrell Road, Suite 202
5414 Pinnacle Point Drive, Suite 500       Little Rock, AR  72202
Rogers, AR  72758                          (501)707-0464
(479)464-5650