IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PENNY RIALS                                                                                              PLAINTIFF

V.                                            CASE NO. 5:08cv00298 JMM

MONTICELLO HEALTH CARE CENTER, LLC, et al                           DEFENDANTS

## ORDER

The above case was filed November 6, 2008. By stipulation all parties have been dismissed except the John Doe Corporations 1 - 20 and John Doe Benefit Plan, John Doe Benefit Plan administrator and Jane or John Does 1 - 20.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, *If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.*

Plaintiff is directed to provide proof of service and identify these Defendant within 20 days after entry of this Order. Failure to provide proof may result in these Defendants being dismissed without prejudice and therefore dismissing the case in full.

IT IS SO ORDERED THIS 1st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE