**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**PENNY RIALS**                                                                                   **PLAINTIFF**

V.                   **CASE NO. 5:08-CV-0298-JMM**

**MONTICELLO HEALTH CARE**
  **CENTER, LLC.,** *et al.*                                                      **DEFENDANTS**

## ORDER OF DISMISSAL OF SEPARATE JOHN DOE DEFENDANTS

Upon stipulation of the Plaintiff, this case is hereby dismissed with prejudice as to Separate John Doe Defendants, John Doe Benefit Plan, John Doe Benefit Plan Administrator, John Doe Corporations #1 through #20, and Jane or John Does #1 through #20.

IT IS SO ORDERED this 4th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ Gena H. Gregory
Gena H. Gregory
Bar I.D. No. 90105
Gregory & LaRue, PLLC
2800 Cantrell Road, Suite 202
Little Rock, AR  72202
**ggregory@gregorylarue.com**
Phone:  (501)707-0464
Fax:  (501)707-0459